# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opperman, Daniel S. | Bankruptcy Eastern District MI | 05/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors Member and Vice Chair | Midland Center for the Arts |
| 2. | Member | Bankruptcy Appellate Panel |
| 3. | Trustee | Eastern Michigan University Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Dow Inc. f/k/a Dow DuPont f/k/a The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. 2019 | Dow, Inc. f/k/a Dow DuPont f/k/a The Dow Chemical Company - Pension |
| 3. 2019 | Opperman Consulting LLC - Earnings |
| 4. 2019 | Orrick, Herrington & Satcliffle, L.L.P. - Consultant Fees |
| 5. 2019 | Isabella Bank Corporation - Director Fees |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (Shapero Cup Moot Court) | 02/25/19 | Detroit, MI | Seminar | Transportation |
| 2. | American Bankruptcy Institute | 06/13/19 - 06/15/19 | Traverse City, MI | Seminar | Transportation and Lodging |
| 3. | Debtor/Creditor Rights Committee | 07/24/19 | Southfield, MI | Seminar | Transportation and Lodging |
| 4. | Federal Bar Association | 07/26/19 - 07/28/19 | Thompsonville, MI | Seminar | Transportation and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

| 5. | American Bankruptcy Institute (Veteran's Day Consumer Conference) | 11/11/19 | Troy, MI | Seminar | Transportation and Lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank Accounts "(H)" - Cash Equivalent | | | | | | | | | |
| 2. | Huntington Bank f/k/a First Merit f/k/a Citizens - Cash Equivalent | A | Interest | L | T | | | | | |
| 3. | Comerica Bank - Cash Equivalent | A | Interest | K | T | | | | | |
| 4. | Dow Chemical Credit Union - Cash Equivalent | B | Interest | M | T | | | | | |
| 5. | E-Trade - Cash Equivalent | A | Interest | L | T | | | | | |
| 6. | Raymond James - Cash Equivalent | A | Interest | K | T | | | | | |
| 7. | Isabella Bank - Cash Equivalent | B | Interest | M | T | | | | | |
| 8. | PNC Bank | A | Interest | J | T | | | | | |
| 9. | Certificates of Deposit "(H)" | | | | | | | | | |
| 10. | Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 11. | Mayville State Bank | A | Interest | K | T | | | | | |
| 12. | Isabella Bank | B | Interest | M | T | | | | | |
| 13. | Municipal Bonds "(H)" | | | | | | | | | |
| 14. | FLORIDA ST GO ULT | A | Interest | K | T | | | | | |
| 15. | MARYLAND ST GO ULT | B | Interest | K | T | Sold<br>(part) | 08/01/19 | K | A | |
| 16. | Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 17. | Muniyield Michigan Insured | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MICHIGAN ST Trunk Line | B | Interest | L | T | | | | | |
| 19. MINNESOTA ST GO ULT | A | Interest | | | Sold | 11/01/19 | K | A | |
| 20. NEW MEXICO ST GO ULT | A | Interest | K | T | | | | | |
| 21. OAKLAND CNTY MI - Rochester Hills Water & Sewer | A | Interest | | | Sold | 04/01/19 | K | A | |
| 22. OREGON ST GO ULT | A | Interest | K | T | | | | | |
| 23. PENNSYLVANIA ST GO ULT | A | Interest | K | T | | | | | |
| 24. TEXAS ST GO ULT | A | Interest | K | T | | | | | |
| 25. WASHINGTON ST GO ULT | C | Interest | L | T | | | | | |
| 26. Real Estate "(H)" | | | | | | | | | |
| 27. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | E | Rent | L | R | Sold (part) | 10/24/19 | L | A | |
| 28. Life Insurance "(H)" | | | | | | | | | |
| 29. Farm Bureau Life Insurance - Universal Life - Fixed | A | Interest | K | T | | | | | |
| 30. Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |
| 31. ATMOS Energy | B | Dividend | K | T | | | | | |
| 32. Citizens Communications | A | Dividend | | | Sold | 03/04/19 | J | A | |
| 33. Chevron Corporation | B | Dividend | K | T | | | | | |
| 34. CMS Energy | A | Dividend | K | T | Sold (part) | 03/04/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Dow, Inc. f/k/a Dow DuPont f/k/a Dow Chemical Company | D | Dividend | L | T | Sold<br>(part) | 04/02/19 | J | A | |
| 36. Evergy, Inc. f/k/a Great Plains Energy by way of merger on 06/04/18 | A | Interest | J | T | | | | | |
| 37. Highwoods Property | A | Dividend | J | T | | | | | |
| 38. News Corp | A | Dividend | J | T | | | | | |
| 39. 20th Century Fox | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 40. Northwestern Corp | A | Dividend | J | T | | | | | |
| 41. XCEL Energy | B | Dividend | K | T | | | | | |
| 42. Stocks and Bonds - Broker Account DSO and BLO "(H)" | | | | | | | | | |
| 43. Adams Natural Resources Fund formerly Petroleum & Resources Corp. | A | Dividend | J | T | | | | | |
| 44. Alliance Bernstein Sustainable Int'l Growth | A | Dividend | K | T | | | | | |
| 45. Ameriprise Insured Money Market - Cash Equivalent | A | Interest | J | T | | | | | |
| 46. Camden Property | A | Dividend | J | T | | | | | |
| 47. Equity Commonwealth | | None | J | T | | | | | |
| 48. Essex Property | A | Dividend | J | T | | | | | |
| 49. John Hancock Financial | A | Dividend | J | T | | | | | |
| 50. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 51. Southern Company | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vornado Realty | A | Dividend | J | T | | | | | |
| 53. Stocks and Certificates "(H)" | | | | | | | | | |
| 54. Dow, Inc. f/k/a Dow DuPont f/k/a Dow Chemical Company | D | Dividend | M | T | | | | | |
| 55. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 56. Restricted Stock-Dow, Inc. f/k/a Dow DuPont f/k/a Dow Chemical Company | | None | M | T | | | | | |
| 57. Restricted Stock - Isabella Bank Corporation | B | Dividend | L | T | | | | | |
| 58. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 59. Opperman Consulting LLC | E | Dividend | L | T | | | | | |
| 60. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 61. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |
| 62. Amazon.com Inc. | | None | L | T | Sold (part) | 12/05/19 | K | B | |
| 63. American Tower Corp. | A | Dividend | L | T | | | | | |
| 64. A.O. Smith Corp. | A | Dividend | | | Sold | 03/27/19 | K | E | |
| 65. Arista Networks Inc. | | None | | | Buy | 01/08/19 | K | | |
| 66. | | | | | Buy (add'l) | 02/15/19 | K | | |
| 67. | | | | | Sold (part) | 08/09/19 | K | A | |
| 68. | | | | | Sold (part) | 09/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/01/19 | K | A | |
| 70. Celgene Corp. | | None | | | Sold | 01/08/19 | K | E | |
| 71. Charles Schwab Corp. | A | Dividend | | | Sold | 01/15/19 | K | C | |
| 72. Corteva Inc., Split From Dow DuPont 06/03/19 | A | Dividend | J | T | Buy | 06/03/19 | J | | |
| 73. | | | | | Sold (part) | 06/03/19 | J | A | |
| 74. Dow, Inc. f/k/a Dow DuPont f/k/a Dow Chemical Company | B | Dividend | K | T | Sold (part) | 04/02/19 | J | A | |
| 75. Dupont de Nemours Inc., Split From Dow DuPont 04/01/19 | A | Dividend | J | T | Buy | 04/01/19 | J | | |
| 76. | | | | | Sold (part) | 06/03/19 | J | A | |
| 77. Edwards Lifesciences | | None | L | T | Sold (part) | 03/19/19 | J | C | |
| 78. | | | | | Buy (add'l) | 04/26/19 | K | | |
| 79. | | | | | Sold (part) | 08/23/19 | K | D | |
| 80. | | | | | Sold (part) | 09/05/19 | J | C | |
| 81. EPAM Systems | | None | M | T | Sold (part) | 03/05/19 | J | B | |
| 82. Equinix Inc. | B | Dividend | L | T | Buy | 05/07/19 | K | | |
| 83. | | | | | Buy (add'l) | 05/24/19 | K | | |
| 84. Euronet Worldwide Inc. | | None | L | T | Sold (part) | 05/07/19 | J | C | |
| 85. Facebook Inc. | | None | L | T | Buy (add'l) | 02/07/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/26/19 | K | | |
| 87. | | | | | Sold (part) | 05/07/19 | J | B | |
| 88.   Fleetcor Technologies | | None | K | T | Sold (part) | 03/07/19 | K | D | |
| 89. | | | | | Buy (add'l) | 04/26/19 | K | | |
| 90. | | | | | Buy (add'l) | 06/05/19 | K | | |
| 91.   Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | M | T | Sold (part) | 06/04/19 | K | A | |
| 92. | | | | | Buy (add'l) | 07/30/19 | K | | |
| 93.   Guidewire Software | A | Dividend | K | T | Buy (add'l) | 03/19/19 | K | | |
| 94. | | | | | Sold (part) | 06/06/19 | K | A | |
| 95.   IDEXX Laboratories Inc. | | None | L | T | Buy | 03/05/19 | K | | |
| 96. | | | | | Buy (add'l) | 03/19/19 | K | | |
| 97. | | | | | Sold (part) | 06/05/19 | K | C | |
| 98.   Illumina Inc. | | None | K | T | Sold (part) | 06/05/19 | K | A | |
| 99. | | | | | Sold (part) | 08/01/19 | K | D | |
| 100.  Intuitive Surgical Inc. | | None | L | T | Sold (part) | 01/25/19 | K | A | |
| 101. | | | | | Sold (part) | 05/07/19 | K | A | |
| 102. | | | | | Buy (add'l) | 09/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KAR Auction Services Ind. | A | Dividend | | | Sold | 03/05/19 | K | D | |
| 104. Omnicell Inc. | | None | L | T | Buy (add'l) | 05/13/19 | J | | |
| 105. Palo Alto Networks | | None | L | T | Sold (part) | 02/07/19 | K | C | |
| 106. | | | | | Sold (part) | 09/24/19 | K | C | |
| 107. PayPal Holdings | | None | M | T | Buy | 01/08/19 | K | | |
| 108. | | | | | Buy (add'l) | 08/01/19 | K | | |
| 109. | | | | | Buy (add'l) | 08/29/19 | K | | |
| 110. Penumbra Inc. | | None | M | T | Buy | 01/08/19 | K | | |
| 111. | | | | | Buy (add'l) | 01/15/19 | K | | |
| 112. | | | | | Buy (add'l) | 05/13/19 | K | | |
| 113. Proofpoint, Inc. | | None | K | T | Sold (part) | 05/13/19 | K | A | |
| 114. RBC Money Market Account - Cash Equivalent | | None | N | T | | | | | |
| 115. Salesforce.com | | None | L | T | Sold (part) | 02/15/19 | K | D | |
| 116. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 117. Signature Bank NY | B | Dividend | L | T | | | | | |
| 118. Splunk Inc. | | None | L | T | Sold (part) | 02/07/19 | K | C | |
| 119. | | | | | Buy (add'l) | 04/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 121. | | | | | Sold<br>(part) | 09/30/19 | K | D | |
| 122. | | | | | Sold<br>(part) | 12/26/19 | J | C | |
| 123.  Tyler Technologies Inc. | | None | L | T | Buy | 08/09/19 | K | | |
| 124. | | | | | Buy<br>(add'l) | 09/24/19 | K | | |
| 125.  Ulta Salon | | None | K | T | Buy<br>(add'l) | 04/26/19 | K | | |
| 126. | | | | | Sold<br>(part) | 08/23/19 | K | A | |
| 127. | | | | | Sold<br>(part) | 09/05/19 | K | A | |
| 128. | | | | | Sold<br>(part) | 09/09/19 | K | D | |
| 129.  The Ultimate Software Group | | None | | | Sold | 03/19/19 | L | E | |
| 130.  Vertex Pharmaceuticals | | None | M | T | Buy<br>(add'l) | 04/16/19 | K | | |
| 131. | | | | | Buy<br>(add'l) | 11/01/19 | K | | |
| 132.  Zendesk Inc. | | None | K | T | Buy | 12/05/19 | K | | |
| 133.  Stocks and Bonds - Broker Accounts IRA<br>DSO "(H)" | | | | | | | | | |
| 134.  Amazon.com Inc. | | None | J | T | Buy<br>(add'l) | 03/05/19 | J | | |
| 135. | | | | | Sold<br>(part) | 12/05/19 | J | B | |
| 136.  American Tower Corp. | A | Dividend | J | T | Buy | 06/05/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  A.O. Smith Corp. | A | Dividend | | | Sold | 03/27/19 | J | A | |
| 138.  Arista Networks Inc. | | None | | | Buy | 01/08/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 140. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 141. | | | | | Sold | 11/01/19 | J | A | |
| 142.  Celgene Corp. | | None | | | Sold | 01/08/19 | J | A | |
| 143.  Charles Schwab Corp. | A | Dividend | | | Sold | 01/15/19 | J | A | |
| 144.  CHEVRON CORP. | A | Dividend | | | Sold | 03/03/19 | J | A | |
| 145.  Dreyfus Money Market Account - Cash<br>Equivalent | A | Dividend | J | T | | | | | |
| 146.  Edwards Lifesciences | | None | J | T | Sold<br>(part) | 03/20/19 | J | A | |
| 147.  EPAM Systems | | None | J | T | Sold<br>(part) | 03/05/19 | J | A | |
| 148.  Equinix Inc. | A | Dividend | J | T | Buy | 05/07/19 | J | | |
| 149. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 150.  Euronet Worldwide Inc. | | None | J | T | Sold<br>(part) | 05/07/19 | J | A | |
| 151.  Facebook Inc. | | None | J | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 152. | | | | | Buy<br>(add'l) | 02/08/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 02/26/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 155. | | | | | Sold<br>(part) | 05/07/19 | J | A | |
| 156.  FEDEX CORP. | A | Interest | J | T | | | | | |
| 157.  Fleetcor Technologies | | None | J | T | Buy<br>(add'l) | 06/04/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 159.  Google Inc. Cl a/k/a A/Alphabet Inc. C1 A | | None | J | T | Buy<br>(add'l) | 05/13/19 | J | | |
| 160. | | | | | Sold<br>(part) | 06/05/19 | J | A | |
| 161.  Guidewire Software | A | Dividend | J | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 162. | | | | | Sold<br>(part) | 06/06/19 | J | A | |
| 163.  IDEXX Laboratories Inc. | | None | J | T | Buy | 03/05/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 165. | | | | | Sold<br>(part) | 05/28/19 | J | A | |
| 166.  Illumina Inc. | | None | J | T | Sold<br>(part) | 08/01/19 | J | A | |
| 167.  Intuitive Surgical Inc. | | None | J | T | Sold<br>(part) | 05/07/19 | J | A | |
| 168. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 169.  JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 170.  KAR Auction Services Ind. | A | Dividend | | | Sold | 03/05/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 172.  MCKESSON CORP. | A | Dividend | J | T | | | | | |
| 173.  Omnicell Inc. | | None | J | T | | | | | |
| 174.  O'REILLY AUTOMOTIVE CORP. | A | Dividend | J | T | | | | | |
| 175.  Palo Alto Networks | | None | J | T | Sold (part) | 02/07/19 | J | A | |
| 176. | | | | | Sold (part) | 09/24/19 | J | A | |
| 177.  PayPal Holdings Inc. | | None | J | T | Buy | 01/08/19 | J | | |
| 178. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 179. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 180. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 181.  Penumbra | | None | J | T | Buy | 01/08/19 | J | | |
| 182. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 183.  Proofpoint, Inc. | | None | J | T | Sold (part) | 05/13/19 | J | A | |
| 184. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 185.  Red Hat Inc. | | None | | | Sold | 01/08/19 | J | A | |
| 186.  Salesforce.com | | None | J | T | Sold (part) | 02/15/19 | J | A | |
| 187.  Signature Bank NY | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Splunk Inc. | | None | J | T | Sold<br>(part) | 08/28/19 | J | A | |
| 189. | | | | | Sold<br>(part) | 12/26/19 | J | A | |
| 190.  STRYKER COPR. | A | Dividend | J | T | | | | | |
| 191.  Tyler Technologies Inc. | | None | J | T | Buy | 08/09/19 | J | | |
| 192. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 193.  Ulta Salon | | None | J | T | Sold<br>(part) | 09/05/19 | J | A | |
| 194.  The Ultimate Software Group | | None | | | Sold | 03/19/19 | J | B | |
| 195.  UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 196.  Vertex Pharmaceuticals | | None | J | T | Buy<br>(add'l) | 11/01/19 | J | | |
| 197.  WALT DISNEY CO. | A | Dividend | J | T | | | | | |
| 198.  WEYERHAEUSER CO. | A | Dividend | J | T | | | | | |
| 199.  Zendesk | | None | J | T | Buy | 12/05/19 | J | | |
| 200.  Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 201.  Abbott Lab | B | Dividend | L | T | Sold<br>(part) | 12/03/19 | K | C | |
| 202.  Accenture LTD Cl A | B | Dividend | L | T | Buy<br>(add'l) | 05/08/19 | J | | |
| 203.  Agilent Technologies | A | Dividend | K | T | Buy<br>(add'l) | 04/09/19 | J | | |
| 204. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Alibaba | | None | J | T | Buy | 11/20/19 | J | | |
| 206. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 207. Alliance Bernstein GL | A | Dividend | | | Buy | 02/05/19 | J | | |
| 208. | | | | | Sold | 03/04/19 | J | A | |
| 209. Amazon | | None | L | T | Buy | 10/25/19 | L | | |
| 210. Amphenol Corp. C1 A | A | Dividend | K | T | Sold (part) | 01/25/19 | K | A | |
| 211. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 212. Apple Computer Inc. | B | Dividend | L | T | Buy (add'l) | 01/04/19 | K | | |
| 213. | | | | | Sold (part) | 05/02/19 | K | A | |
| 214. | | | | | Buy (add'l) | 08/20/19 | K | | |
| 215. AptarGroup Inc. | A | Dividend | K | T | Sold (part) | 11/13/19 | K | D | |
| 216. ARKANSAS ST GO | A | Interest | J | T | Buy | 01/29/19 | J | | |
| 217. ASML Holdings | A | Dividend | K | T | Buy (add'l) | 07/23/19 | J | | |
| 218. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 219. | | | | | Sold (part) | 12/06/19 | J | B | |
| 220. Ball Corp. | A | Dividend | K | T | | | | | |
| 221. Bank of America | A | Dividend | | | Buy | 02/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 03/11/19 | J | A | |
| 223.  Baxter Int'l Inc. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 224. | | | | | Buy<br>(add'l) | 08/07/19 | K | | |
| 225. | | | | | Buy<br>(add'l) | 08/28/19 | K | | |
| 226. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 227. | | | | | Sold | 12/03/19 | L | A | |
| 228.  Becton Dickinson | A | Dividend | K | T | | | | | |
| 229.  Black Rock Inc. | A | Dividend | K | T | Sold<br>(part) | 02/21/19 | J | A | |
| 230.  Boeing Co. | A | Dividend | K | T | Sold<br>(part) | 04/09/19 | L | B | |
| 231. | | | | | Buy<br>(add'l) | 06/17/19 | K | | |
| 232.  Broadcom Ltd. | C | Dividend | L | T | Sold<br>(part) | 06/17/19 | K | B | |
| 233. | | | | | Buy<br>(add'l) | 10/08/19 | K | | |
| 234.  Brookfield Asset Management | A | Dividend | K | T | Sold<br>(part) | 09/19/19 | J | B | |
| 235.  Canadian Nat'l Railway | A | Dividend | J | T | Sold<br>(part) | 09/27/19 | K | D | |
| 236. | | | | | Sold<br>(part) | 11/20/19 | J | C | |
| 237.  Capgemini | A | Dividend | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 238. | | | | | Sold | 12/03/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Check Point Software | | None | J | T | | | | | |
| 240. Chevron Corp. | B | Dividend | K | T | | | | | |
| 241. Cisco Systems Inc. | A | Dividend | | | Buy<br>(add'l) | 05/13/19 | K | | |
| 242. | | | | | Sold<br>(part) | 08/20/19 | K | A | |
| 243. | | | | | Sold | 08/28/19 | K | B | |
| 244. Colgate-Palmolive Co. | A | Dividend | | | Buy | 06/26/19 | J | | |
| 245. | | | | | Sold | 12/03/19 | J | A | |
| 246. Comcast Corp | A | Dividend | L | T | Buy | 02/05/19 | K | | |
| 247. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 09/24/19 | K | | |
| 249. | | | | | Sold<br>(part) | 12/03/19 | J | A | |
| 250. Compass Group | A | Dividend | J | T | Buy | 02/11/19 | J | | |
| 251. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 252. | | | | | Sold<br>(part) | 12/03/19 | J | A | |
| 253. | | | | | Sold<br>(part) | 12/06/19 | J | A | |
| 254. Cons Disc Select | A | Dividend | | | Sold | 02/05/19 | K | A | |
| 255. Corteva Inc., Split From Dow DuPont<br>06/03/19 | B | Dividend | L | T | Buy | 06/03/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 06/03/19 | J | A | |
| 257.  CVS Corp. | A | Dividend | K | T | Sold<br>(part) | 05/08/19 | K | A | |
| 258. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 259.  Dassault Systems S.A. | A | Dividend | K | T | Sold<br>(part) | 03/15/19 | J | C | |
| 260.  DBS Group | A | Dividend | J | T | | | | | |
| 261.  Deere & Co. | A | Dividend | | | Buy | 02/05/19 | K | | |
| 262. | | | | | Sold | 03/04/19 | K | C | |
| 263.  Denny's Corporation | A | Dividend | | | Buy | 02/05/19 | J | | |
| 264. | | | | | Sold | 03/04/19 | J | A | |
| 265.  Diageo PLC ADR | A | Dividend | J | T | Sold<br>(part) | 11/27/19 | J | B | |
| 266.  Discover Financial | A | Dividend | K | T | Buy | 02/05/19 | J | | |
| 267. | | | | | Buy<br>(add'l) | 04/16/19 | K | | |
| 268.  DuPont de Nemours Inc., Split From Dow<br>Dupont 04/01/19 | C | Dividend | M | T | Buy | 04/01/19 | M | | |
| 269. | | | | | Sold<br>(part) | 06/03/19 | J | A | |
| 270.  DXC Technology Co. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 271. | | | | | Sold | 03/04/19 | J | A | |
| 272.  Enterprise Prod | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Estee Lauder C1A | A | Dividend | K | T | Sold (part) | 05/02/19 | J | C | |
| 274. | | | | | Buy (add'l) | 11/14/19 | L | | |
| 275. Essity Aktiebolag F Spons ADR | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 276. | | | | | Sold (part) | 12/03/19 | J | C | |
| 277. Experian PLC | A | Dividend | J | T | Sold (part) | 06/26/19 | K | C | |
| 278. Exxon | A | Dividend | | | Buy | 02/05/19 | J | | |
| 279. | | | | | Sold | 12/05/19 | J | A | |
| 280. Fastenal Co. | A | Dividend | K | T | Buy (add'l) | 04/16/19 | J | | |
| 281. Fomento Eco Mexicano | A | Dividend | J | T | | | | | |
| 282. General Dynamics | A | Dividend | | | Buy | 08/20/19 | K | | |
| 283. | | | | | Sold | 12/03/19 | K | A | |
| 284. Global Pmts Inc. | A | Dividend | L | T | Buy | 09/24/19 | J | | |
| 285. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | K | T | Buy (add'l) | 04/16/19 | K | | |
| 286. GRAND RAPIDS - Grand Rapids Public Schools | A | Dividend | K | T | | | | | |
| 287. Grupo Aeroportuano Cen-ADR | A | Dividend | J | T | Buy | 02/22/19 | J | | |
| 288. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 289. | | | | | Sold (part) | 12/03/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  HDFC Bank Ltd. ADR | A | Dividend | J | T | Buy<br>(add'l) | 01/07/19 | J | | |
| 291.  Hewelett-Packard Enterprise Co. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 292. | | | | | Sold | 03/04/19 | J | A | |
| 293.  Home Depot Inc. | A | Dividend | K | T | Buy<br>(add'l) | 06/26/19 | J | | |
| 294.  HP Inc. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 295. | | | | | Sold | 03/04/19 | J | A | |
| 296.  Huntington Bancshares | A | Dividend | | | Buy | 02/05/19 | J | | |
| 297. | | | | | Sold | 03/04/19 | J | A | |
| 298.  Invesco American Franchise | A | Dividend | | | Buy | 02/05/19 | J | | |
| 299. | | | | | Sold | 02/21/19 | J | A | |
| 300.  Isabella Bank Corporation | D | Dividend | N | T | | | | | |
| 301.  iShares FTSE/China 25 | A | Dividend | J | T | Sold<br>(part) | 05/07/19 | J | A | |
| 302.  iShares MCSI EAFE | A | Dividend | J | T | Sold<br>(part) | 02/06/19 | K | A | |
| 303. | | | | | Sold<br>(part) | 06/26/19 | J | A | |
| 304.  iShares MSCI Emerging | A | Dividend | J | T | Sold<br>(part) | 02/06/19 | K | A | |
| 305. | | | | | Sold<br>(part) | 05/15/19 | J | A | |
| 306.  iShares MSCI EU Financial | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  Japan Index | A | Dividend | | | Sold<br>(part) | 02/27/19 | K | B | |
| 308. | | | | | Sold | 06/26/19 | J | C | |
| 309.  JB Hunt Transport | A | Dividend | | | Sold | 05/19/19 | J | A | |
| 310.  JOHNSON & JOHNSON | A | Dividend | K | T | Buy<br>(add'l) | 10/08/19 | K | | |
| 311.  LANSING MI ST GO | A | Interest | K | T | Buy | 05/21/19 | K | | |
| 312.  Marsh & McLennan | A | Dividend | J | T | Buy | 08/20/19 | K | | |
| 313. | | | | | Buy<br>(add'l) | 09/24/19 | K | | |
| 314.  McCormick & Co. | A | Dividend | K | T | Buy | 04/16/19 | K | | |
| 315.  Micro Focus Int'l PLC | A | Dividend | | | Buy | 02/05/19 | J | | |
| 316. | | | | | Sold | 03/04/19 | J | A | |
| 317.  Microsoft Corp. | B | Dividend | L | T | | | | | |
| 318.  Mondelez International | A | Dividend | K | T | Buy<br>(add'l) | 03/26/19 | J | | |
| 319.  Motorola Solutions | A | Dividend | | | Buy | 02/05/19 | J | | |
| 320. | | | | | Sold | 03/11/19 | J | A | |
| 321.  Nestle SA ADR | A | Dividend | K | T | Buy | 03/15/19 | J | | |
| 322. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 323.  New Oriental Education SP ADR | A | Dividend | J | T | Buy | 01/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 08/29/19 | J | B | |
| 325. | | | | | Sold (part) | 12/03/19 | J | C | |
| 326. Nike Inc. | A | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 327. | | | | | Buy (add'l) | 10/25/19 | K | | |
| 328. NVIDIA | A | Dividend | L | T | Buy | 10/07/19 | J | | |
| 329. | | | | | Buy (add'l) | 10/16/19 | K | | |
| 330. Oneok Partners LP | B | Dividend | K | T | | | | | |
| 331. Oracle Corp. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 332. | | | | | Sold | 03/04/19 | J | A | |
| 333. Pepsico Inc. | A | Dividend | J | T | Sold (part) | 03/11/19 | J | A | |
| 334. Perspecta Inc. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 335. | | | | | Sold | 03/04/19 | J | A | |
| 336. Pfizer Inc. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 337. | | | | | Sold | 03/11/19 | J | A | |
| 338. Prudential PLC | A | Dividend | | | Buy | 02/22/19 | J | | |
| 339. | | | | | Sold | 09/12/19 | J | A | |
| 340. Putnam Intl Grwth-A | A | Dividend | | | Buy | 02/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold | 02/21/19 | J | A | |
| 342. Republic Services | A | Dividend | K | T | | | | | |
| 343. Ross Stores | A | Dividend | K | T | Sold<br>(part) | 01/15/19 | J | C | |
| 344. | | | | | Buy<br>(add'l) | 04/16/19 | J | | |
| 345. | | | | | Sold<br>(part) | 08/28/19 | K | C | |
| 346. Royal Caribbean Cruises Ltd. | A | Dividend | | | Buy | 02/05/19 | K | | |
| 347. | | | | | Buy<br>(add'l) | 05/01/19 | K | | |
| 348. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 349. | | | | | Sold<br>(part) | 08/07/19 | K | A | |
| 350. | | | | | Sold | 10/25/19 | K | A | |
| 351. S&P 500 Trust | A | Dividend | | | Sold | 02/05/19 | L | D | |
| 352. SAP AG ADR | A | Dividend | K | T | Buy | 05/07/19 | J | | |
| 353. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 354. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 355. Schlumberger | A | Dividend | | | Buy | 02/05/19 | J | | |
| 356. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 357. | | | | | Sold | 10/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. Starbucks | A | Dividend | J | T | Buy | 01/25/19 | J | | |
| 359. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 360. | | | | | Sold<br>(part) | 08/23/19 | K | D | |
| 361. Stryker Corp. | A | Dividend | L | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 362. Svenska Cellulosa a/k/a Essity Aktiebolag | A | Dividend | J | T | | | | | |
| 363. Taiwan Semiconductor | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 364. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 365. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 366. | | | | | Sold<br>(part) | 12/03/19 | J | B | |
| 367. Techtronic Inds. SP ADR | A | Dividend | J | T | Buy | 02/22/19 | J | | |
| 368. TELUS Corp. | A | Dividend | K | T | Sold<br>(part) | 07/23/19 | K | A | |
| 369. | | | | | Sold<br>(part) | 12/03/19 | J | A | |
| 370. | | | | | Buy<br>(add'l) | 12/06/19 | J | | |
| 371. Templeton Emerg Mkts Fund | A | Dividend | | | Buy | 02/05/19 | J | | |
| 372. | | | | | Sold | 03/04/19 | J | A | |
| 373. Ten Cent Holdings | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 374. Total System Services, Inc. | A | Dividend | | | Sold | 01/31/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. Unilever NV | A | Dividend | J | T | Buy<br>(add'l) | 06/12/19 | J | | |
| 376. | | | | | Sold<br>(part) | 12/03/19 | J | A | |
| 377. UnitedHealth Group | A | Dividend | L | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 378. | | | | | Sold<br>(part) | 05/15/19 | J | A | |
| 379. | | | | | Buy<br>(add'l) | 09/24/19 | K | | |
| 380. Union Pacific Corp. | A | Dividend | K | T | Sold<br>(part) | 08/07/19 | K | C | |
| 381. | | | | | Buy<br>(add'l) | 09/24/19 | K | | |
| 382. Visa Inc. | A | Dividend | L | T | Sold<br>(part) | 05/22/19 | K | D | |
| 383. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 384. Wabtec Corp. | A | Dividend | | | Sold<br>(part) | 02/26/19 | J | A | |
| 385. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 386. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 387. | | | | | Sold | 10/25/19 | K | A | |
| 388. Walmart Inc. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 389. | | | | | Sold | 03/11/19 | J | A | |
| 390. West Pharmaceutical Services | A | Dividend | L | T | | | | | |
| 391. Wisdom Tree Europe | A | Dividend | J | T | Sold<br>(part) | 01/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.  Wisdom Tree Japan | A | Dividend | | | Sold | 06/12/19 | J | A | |
| 393.  WNS Holdings Ltd-ADR | | None | K | T | Sold<br>(part) | 02/07/19 | J | B | |
| 394. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 395.  Zoetis Inc. | A | Dividend | L | T | Sold<br>(part) | 08/07/19 | K | D | |
| 396. | | | | | Buy<br>(add'l) | 10/25/19 | K | | |
| 397. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 398.  Retirement Funds "(H)" | | | | | | | | | |
| 399.  ABBEY Capital Futures | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 400.  American Mutual Class F2 | A | Dividend | K | T | Sold<br>(part) | 01/10/19 | K | A | |
| 401. | | | | | Buy<br>(add'l) | 08/13/19 | K | | |
| 402.  AQR Diversified Arbitrage Fund | A | Dividend | J | T | | | | | |
| 403.  AQR Managed Futures Strategy Fund | | None | | | Sold | 01/04/19 | J | A | |
| 404.  AQR Style Premium Alternative | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 405.  Artisan International Fund | A | Dividend | K | T | Sold<br>(part) | 02/26/19 | J | A | |
| 406.  ASG Global Alternatives Fund | A | Dividend | J | T | | | | | |
| 407.  Baillie Gifford Emerging Markets | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 408.  Baird Aggregate | A | Dividend | K | T | Buy | 01/04/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 410. | | | | | Buy<br>(add'l) | 01/14/19 | K | | |
| 411. Blackrock Event Driven Equity Fund | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 412. Boston Partners Long/Short Research Fund | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 413. Bristol Myers | A | Dividend | J | T | | | | | |
| 414. Brown Advisory Growth Equity Fund | | None | | | Sold | 01/04/19 | K | A | |
| 415. Causeway International | A | Dividend | K | T | Sold<br>(part) | 01/04/19 | K | A | |
| 416. Champlain Mid Cap Fund | | None | | | Sold | 01/10/19 | J | A | |
| 417. Chiron Capital Allocation Fund | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 418. Clarkston | A | Dividend | | | Buy | 01/04/19 | J | | |
| 419. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 420. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 421. | | | | | Sold | 08/13/19 | K | B | |
| 422. Clearbridge Aggressive Growth Fund | A | Dividend | | | Sold<br>(part) | 01/04/19 | K | A | |
| 423. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 424. | | | | | Sold | 01/10/19 | J | A | |
| 425. Clearbridge Dvidend Strategy Fund | A | Dividend | K | T | Buy | 01/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 01/15/19 | K | | |
| 427. CM Finance | A | Dividend | | | Sold | 01/10/19 | J | A | |
| 428. Comcast Corporation | A | Dividend | J | T | | | | | |
| 429. Delta Airlines | A | Dividend | J | T | | | | | |
| 430. Disney Walt Company Com Disney | A | Dividend | K | T | | | | | |
| 431. Dodge & Cox Income Fund | A | Dividend | K | T | Buy (add'l) | 01/04/19 | J | | |
| 432. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 433. | | | | | Sold (part) | 01/10/19 | K | A | |
| 434. | | | | | Buy (add'l) | 01/14/19 | K | | |
| 435. Dreyfus Treas Prime Cash Equivalent | A | Dividend | L | T | | | | | |
| 436. Europacific Growth Fund Class F1 | A | Dividend | L | T | Sold (part) | 01/10/19 | K | A | |
| 437. | | | | | Sold (part) | 02/26/19 | J | A | |
| 438. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 439. Federated Institutional High Yield Bond | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 440. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 441. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 442. Federated Short Term Incom | A | Dividend | J | T | Buy | 01/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 444. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 445.  Gateway Fund Class | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 446.  Global Sachs Strategic Income Fund | A | Dividend | | | Buy | 01/04/19 | J | | |
| 447. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 448. | | | | | Sold | 02/04/19 | J | A | |
| 449.  Harding Loevner Emerging Markets | A | Dividend | J | T | Sold<br>(part) | 02/26/19 | J | A | |
| 450.  GQG Partners | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 451.  Hartford Midcap Fund | A | Dividend | K | T | Buy | 01/04/19 | J | | |
| 452. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 453. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 454.  Heritage Cash Trust - Cash Equivalent | A | Interest | K | T | | | | | |
| 455.  International Paper Co. | B | Dividend | K | T | | | | | |
| 456.  iShares TR Core MSCI EAFE | B | Dividend | K | T | Sold<br>(part) | 01/04/19 | K | A | |
| 457. | | | | | Sold<br>(part) | 01/10/19 | K | A | |
| 458.  iShares TR Core US AGGBD ET | A | Dividend | | | Sold | 01/10/19 | K | B | |
| 459.  iShares TR Min Vol USA | A | Dividend | K | T | Sold<br>(part) | 01/04/19 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 01/10/19 | K | A | |
| 461. | | | | | Buy (add'l) | 08/13/19 | K | | |
| 462. Janus Henderson | A | Dividend | K | T | Buy | 08/13/19 | K | | |
| 463. John Hancock Disciplined Value Fund | A | Dividend | K | T | Sold (part) | 01/07/19 | J | A | |
| 464. | | | | | Sold (part) | 08/13/19 | K | B | |
| 465. John Hancock Global Absolute Return | | None | J | T | Sold (part) | 01/04/19 | J | A | |
| 466. | | | | | Buy (add'l) | 01/15/19 | K | | |
| 467. JPMorgan Certificate of Deposit | A | Dividend | | | Sold | 06/26/19 | J | B | |
| 468. JPMorgan High Yield | A | Dividend | | | Buy | 01/04/19 | J | | |
| 469. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 470. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 471. | | | | | Sold | 11/18/19 | J | A | |
| 472. JPMorgan Mid Cap | A | Dividend | | | Buy | 01/07/19 | J | | |
| 473. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 474. | | | | | Sold | 11/18/19 | K | A | |
| 475. Knoll Incorporated | A | Dividend | J | T | | | | | |
| 476. Lazard Emerging Markets Equity Port | A | Dividend | | | Sold (part) | 01/04/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Sold | 06/14/19 | J | A | |
| 478.  Loomis Sayles Growth Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/04/19 | K | | |
| 479. | | | | | Buy<br>(add'l) | 01/07/19 | K | | |
| 480. | | | | | Sold<br>(part) | 01/10/19 | K | A | |
| 481. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 482. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 483. | | | | | Sold<br>(part) | 08/13/19 | K | B | |
| 484.  Meridian Growth Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/07/19 | J | | |
| 485. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 486.  Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 487. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 488. | | | | | Sold<br>(part) | 01/10/19 | K | A | |
| 489. | | | | | Buy<br>(add'l) | 01/14/19 | K | | |
| 490.  MFS International Growth Fund | A | Dividend | K | T | Sold<br>(part) | 01/04/19 | K | A | |
| 491. | | | | | Sold<br>(part) | 02/26/19 | J | A | |
| 492.  Nuance Mid. Cap. Value Fund | A | Dividend | K | T | Sold<br>(part) | 01/04/19 | J | A | |
| 493. | | | | | Buy<br>(add'l) | 11/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. Oakmark International | A | Dividend | J | T | Buy<br>(add'l) | 02/26/19 | J | | |
| 495. Parnassus Core Equity Fund | A | Dividend | K | T | Buy | 01/04/19 | K | | |
| 496. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 497. | | | | | Buy<br>(add'l) | 01/15/19 | K | | |
| 498. PGIM Absolute | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 499. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 500. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 501. Pimco Low Duration Fund | A | Dividend | | | Sold | 01/10/19 | J | A | |
| 502. Raymond James Bank Deposit Program -<br>Cash Equivalent | A | Interest | L | T | | | | | |
| 503. Raytheon Company | A | Dividend | J | T | | | | | |
| 504. Sabra Healthcare | A | Dividend | J | T | | | | | |
| 505. Starbucks | A | Dividend | K | T | | | | | |
| 506. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 507. T Rowe Price Small Cap Value Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 508. | | | | | Buy<br>(add'l) | 01/07/19 | J | | |
| 509. | | | | | Sold<br>(part) | 01/10/19 | J | A | |
| 510. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  Transamerica High Yield Bond | A | Dividend | J | T | Buy | 11/18/19 | J | | |
| 512.  Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 513.  Vanguard Index Funds S&P 500 | B | Dividend | M | T | Sold (part) | 01/04/19 | J | A | |
| 514. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 515. | | | | | Sold (part) | 01/10/19 | K | A | |
| 516. | | | | | Buy (add'l) | 01/15/19 | K | | |
| 517.  Victory Integrity Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/04/19 | J | A | |
| 518.  Victory Trivalent Intl | A | Dividend | J | T | | | | | |
| 519.  Wells Fargo Advantage Absolute Return Fund | A | Dividend | J | T | | | | | |
| 520.  Wells Fargo Advantage Intl | A | Dividend | J | T | | | | | |
| 521.  Wells Fargo Core Bond Fund | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 522. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 523. | | | | | Buy (add'l) | 01/14/19 | K | | |
| 524. | | | | | Sold (part) | 02/04/19 | J | A | |
| 525.  Wells Fargo International Value Fund | A | Dividend | J | T | | | | | |
| 526.  Western Asset Inflation | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 527. | | | | | Buy (add'l) | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Western Asset Macro | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 529. Western Asset Total Return | A | Dividend | K | T | Buy (add'l) | 01/04/19 | J | | |
| 530. | | | | | Sold (part) | 01/10/19 | J | A | |
| 531. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 532. William Blair Marco | A | Dividend | J | T | | | | | |
| 533. William Blair Macro Allocation Fund | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 534. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 535. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 536. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 537. YUM, Inc | A | Dividend | J | T | | | | | |
| 538. Auto Owners Insurance - Annuity - Fixed Rate | B | Interest | K | T | | | | | |
| 539. SEP-IRA - SRO "(H)" | | | | | | | | | |
| 540. Amazon.com Inc. | | None | J | T | Buy (add'l) | 02/07/19 | J | | |
| 541. | | | | | Sold (part) | 12/5/19 | J | | |
| 542. American Tower Corp. | A | Dividend | J | T | | | | | |
| 543. A.O. Smith Corp. | A | Dividend | | | Sold (part) | 03/06/19 | J | B | |
| 544. | | | | | Sold | 03/27/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545.  Arista Networks Inc. | | None | | | Buy | 01/08/19 | J | | |
| 546. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 547. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 548. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 549. | | | | | Sold | 11/01/19 | J | A | |
| 550.  BNY Deposit - Cash Equivalent | A | Dividend | K | T | | | | | |
| 551.  Celegene Corp. | | None | | | Sold | 01/08/19 | J | A | |
| 552.  Charles Schwab Corp. | A | Dividend | | | Sold | 01/15/19 | J | A | |
| 553.  Edwards Lifesciences | | None | K | T | Sold<br>(part) | 03/19/19 | J | B | |
| 554. | | | | | Sold<br>(part) | 09/05/19 | J | B | |
| 555.  EPAM Systems | | None | K | T | Sold<br>(part) | 03/05/19 | J | B | |
| 556.  Equinix Inc. | A | Dividend | K | T | Buy | 05/07/19 | J | | |
| 557. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 558.  Euronet Worldwide Inc. | | None | K | T | Sold<br>(part) | 05/07/19 | J | A | |
| 559.  Facebook Inc. | | None | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 560. | | | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 561. | | | | | Sold<br>(part) | 05/07/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. Fleetcor Technologies | | None | K | T | Buy (add'l) | 06/04/19 | J | | |
| 563. Google Inc. C1 a/k/a A/Alphabet C1 A | | None | K | T | Buy (add'l) | 03/06/19 | J | | |
| 564. | | | | | Sold (part) | 06/04/19 | J | A | |
| 565. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 566. Guidewire Software | A | Dividend | J | T | Sold (part) | 06/06/19 | J | B | |
| 567. IDEXX Laboratories Inc. | | None | K | T | Buy | 03/05/19 | J | | |
| 568. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 569. | | | | | Sold (part) | 08/28/19 | J | B | |
| 570. Illumina Inc. | | None | J | T | Sold (part) | 08/01/19 | J | B | |
| 571. Intuitive Surgical Inc. | | None | K | T | Sold (part) | 05/07/19 | J | A | |
| 572. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 573. KAR Auction Services Ind. | A | Dividend | | | Sold | 03/05/19 | J | B | |
| 574. Omnicell Inc. | | None | K | T | | | | | |
| 575. Palo Alto Networks | | None | J | T | Sold (part) | 02/06/19 | J | A | |
| 576. | | | | | Sold (part) | 02/07/19 | J | A | |
| 577. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 578. | | | | | Sold (part) | 08/02/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 09/24/19 | J | A | |
| 580. PayPal Holdings Inc. | | None | K | T | Buy | 01/08/19 | J | | |
| 581. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 582. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 583. Penumbra Inc. | | None | K | T | Buy | 01/08/19 | J | | |
| 584. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 585. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 586. Proofpoint, Inc. | | None | K | T | Sold (part) | 05/13/19 | K | B | |
| 587. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 588. Salesforce.com | | None | K | T | Sold (part) | 02/15/19 | J | C | |
| 589. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 590. Splunk Inc. | | None | K | T | Sold (part) | 02/07/19 | J | A | |
| 591. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 592. | | | | | Sold (part) | 08/28/19 | J | A | |
| 593. | | | | | Sold (part) | 12/26/19 | J | C | |
| 594. Signature Bank NY | A | Dividend | K | T | | | | | |
| 595. The Ultimate Software Group | | None | | | Sold (part) | 03/06/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. | | | | | Sold | 03/19/19 | K | C | |
| 597. Tyler Technologies | | None | K | T | Buy | 08/09/19 | J | | |
| 598. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 599. Ulta Salon | | None | J | T | Sold<br>(part) | 09/05/19 | J | A | |
| 600. Vertex Pharmaceuticals | | None | K | T | Buy<br>(add'l) | 06/20/19 | J | | |
| 601. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 602. Zendesk | | None | J | T | Buy | 12/05/19 | J | | |
| 603. Broker Account - SRO, DSO, TO amd MO<br>"(H)" | | | | | | | | | |
| 604. Abbott Labs | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 605. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 606. Accenture LTD C1 A | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 607. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 608. Agilent Technologies | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 609. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 610. Amazon.com Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 611. American Tower Corp. | A | Dividend | J | T | Buy | 08/22/19 | J | | |
| 612. Amphenol Corp. C1 A | A | Dividend | J | T | Buy | 06/20/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 614. Apple Computer Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 615. | | | | | Buy<br>(add'l) | 08/20/19 | J | | |
| 616. AptarGroup Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 617. Arista Networks Inc. | | None | | | Buy | 05/01/19 | J | | |
| 618. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 619. | | | | | Sold | 11/01/19 | J | A | |
| 620. Ball Corp | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 621. Baxter Int'l Inc. | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 622. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 623. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 624. Becton Dickinson | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 625. BlackRock, Inc. | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 626. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 627. Boeing Co. | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 628. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 629. Broadcom Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 631.  CVS Health Corp. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 632.  Chevron Corp. | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 633.  Cisco Systems Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 634.  Colgate-Palmolive Co. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 635. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 636.  Comcast Corp. C1 A | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 637. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 638. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 639. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 640.  Corteva Inc., Split From Dow Dupont<br>06/03/19 | A | Dividend | | | Buy | 06/03/19 | J | | |
| 641. | | | | | Sold | 12/10/19 | J | A | |
| 642.  Costco Wholesale | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 643.  Discover Financial | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 644. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 645.  Dow Inc. f/k/a Dow Dupont f/k/a Dow<br>Chemical Company | A | Dividend | | | Buy | 04/01/19 | J | | |
| 646. | | | | | Sold | 12/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647. DuPont de Nemours Inc., Split From Dow DuPont 04/01/19 | A | Dividend | | | Buy | 04/01/19 | J | | |
| 648. | | | | | Sold | 12/10/19 | J | | |
| 649. Google Inc. C1 a/k/a A/Alphabet Inc. C1 | | None | J | T | Buy | 05/01/19 | J | | |
| 650. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 651. EPAM Systems | | None | J | T | Buy | 05/01/19 | J | | |
| 652. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 653. Edwards Lifesciences | | None | J | T | Buy | 05/01/19 | J | | |
| 654. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 655. Equinix Inc. | A | Dividend | J | T | Buy | 05/08/19 | J | | |
| 656. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 657. Estee Lauder C1 A | A | Dividend | | | Buy | 05/01/19 | J | | |
| 658. | | | | | Sold | 08/30/19 | J | A | |
| 659. Euronet Worldwide Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 660. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 661. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 662. Facebook Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 663. | | | | | Buy (add'l) | 08/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  Fastenal Co. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 665.  Fin Select SPDR ETF | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 666. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 667.  Fleetcor Technologies | | None | J | T | Buy | 05/01/19 | J | | |
| 668. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 669.  General Dynamics | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 670.  General Electric Co. | A | Dividend | | | Buy | 02/05/19 | J | | |
| 671. | | | | | Sold | 04/09/19 | J | A | |
| 672.  Global Pmts Inc. | A | Dividend | J | T | Buy | 09/24/19 | J | | |
| 673.  Guidewire Software | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 674. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 675.  Home Depot | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 676.  IDEXX Laboratories Inc. | | None | | | Buy | 05/01/19 | J | | |
| 677. | | | | | Sold | 08/28/19 | J | A | |
| 678.  Illumina Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 679.  Intuitive Surgical Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 680. | | | | | Buy (add'l) | 05/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 681. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 682. Johnson & Johnson | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 683. Marsh & McLennan | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 684. McCormick & Co. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 685. Microsoft Corp. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 686. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 687. Mondelez Int'l Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 688. NVIDIA Corp. | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 689. Nike Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 690. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 691. Omnicell Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 692. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 693. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 694. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 695. Palo Alto Networks | | None | J | T | Buy | 05/01/19 | J | | |
| 696. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 697. PayPal Holdings Inc. | | None | J | T | Buy | 05/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 699. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 700. Penumbra Inc. | | None | J | T | Buy | 05/10/19 | J | | |
| 701. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 702. Pepsico Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 703. Proofpoint, Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 704. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 705. RBC Bank Account - Cash Equivalent | A | Interest | J | T | Buy | 05/01/19 | J | | |
| 706. Reins Grp of America | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 707. Republic Services | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 708. Ross Stores | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 709. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 710. | | | | | Sold (part) | 08/30/19 | J | A | |
| 711. Royal Caribbean Cruises Ltd. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 712. Salesforce.com | | None | J | T | Buy | 05/01/19 | J | | |
| 713. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 714. | | | | | Buy (add'l) | 08/22/19 | J | | ` |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Schlumberger Ltd. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 716. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 717. Splunk Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 718. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 719. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 720. | | | | | Sold (part) | 12/26/19 | J | A | |
| 721. Starbucks Corp. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 722. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 723. Stryker Corp. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 724. Total System Services | A | Dividend | J | T | Buy | | 05/01/19 | J | |
| 725. | | | | | Sold | 06/11/19 | J | A | |
| 726. Tyler Technologies Inc. | | None | J | T | Buy | 08/12/19 | J | | |
| 727. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 728. Ulta Beauty Inc. | | None | J | T | Buy | 05/01/19 | J | | |
| 729. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 730. Union Pacific Corp. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 731. United Health Group | A | Dividend | | | Buy | 05/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 733. | | | | | Sold | 10/16/19 | J | A | |
| 734. Vertex Pharmaceuticals | | None | J | T | Buy | 05/01/19 | J | | |
| 735. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 736. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 737. Visa Inc. C1 A | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 738. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 739. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 740. Wabtec Corp. | A | Dividend | | | Buy | 05/01/19 | J | | |
| 741. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 742. | | | | | Sold | 11/14/19 | J | A | |
| 743. West Pharmaceutical Services | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 744. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 745. Zendesk Inc. | | None | J | T | Buy | 12/16/19 | J | | |
| 746. Zoetis Inc. | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 747. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 748. | | | | | Sold<br>(part) | 08/07/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel S. Opperman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544